Opinion issued January 8, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00215-CV






DEBBIE RICHARDSON AND JOHN E. MAHER, Appellants


V.


CUSTOM CORPORATES, INC. AND THERESA WOOD, Appellees






On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 02CV0306A






MEMORANDUM OPINION Appellants Debbie Richardson and John E. Maher have failed to timely file a
brief. See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being
notified that this appeal was subject to dismissal, appellants did not adequately
respond. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.